# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY10 | E 1589447 | Partida E | P5481 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 12/21/2025 0601 | 18 U.S Code 1382 |

Place of Offense: West Perimeter Rd, JB Andrews, MD 20762

Offense Description: Factual Basis for Charge — HAZMAT □

18 U.S Code 1382 – Entering military, naval or coast guard property

**DEFENDANT INFORMATION** Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Watson | Melvin | A |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| JAW-1964 | VA | 12 | Land Rover Range Rover | White |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ________ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →** $ ________ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1589447*

CVB SCAN 02/12/2026 11:33

---

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on 21 December, 20 25 while exercising my duties as a law enforcement officer in the JB Andrews District of Prince George's Co

See attached probable cause statement

The foregoing statement is based upon:

☒ my personal observation □ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/21/2025 E. Partida

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/12/2026 11:33